IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | |
|---|---|
| HUBERT B. ANDREWS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CV 312-084 |
| | ) |
| FNU AJIBADE, Doctor, et al., | ) |
| | ) |
| Defendants. | ) |

### ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Therefore, Plaintiff's motion for a preliminary injunction is **DENIED**. (Doc. no. 6.)

SO ORDERED this 7th day of February, 2013, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE